IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10CV190-RJC-DSC

| | |
|---|---|
| DECISION SUPPORT, LLC, and DAVID WATSON | )<br>)<br>) |
| Plaintiffs, | )      **ORDER**<br>) |
| v. | )<br>) |
| ELECTION SYSTEMS & SOFTWARE, INC., et al. | )<br>)<br>) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice" (documents #12, 13 and 14) filed June 23, 2010 requesting admission of Robert M. Evans, Jr., Sara Weilert Gillette and Jennifer E. Hoekel to represent Defendant Election Systems & Software, Inc.. For the reasons set forth therein, the Motions will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: June 24, 2010

David S. Cayer
United States Magistrate Judge