IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10CV190-RJC-DSC

| | |
|---|---|
| DECISION SUPPORT, LLC, and DAVID WATSON | ) ) ) |
| Plaintiffs, | ) ) ORDER |
| v. | ) ) ) |
| ELECTION SYSTEMS & SOFTWARE, INC., et al. | ) ) ) |
| Defendants. | ) ) |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice" (documents #18 and 19) filed June 30, 2010 requesting admission of Scott Michael Flaherty and John Bentley Lunseth, II to represent Defendant DataCard Corporation. For the reasons set forth therein, the Motions will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: June 30, 2010

David S. Cayer
United States Magistrate Judge