IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cv190

| | |
|---|---|
| DECISION SUPPORT, LLC; and DAVID WATSON, )<br>)<br>Plaintiffs, )<br>)<br>Vs. )<br>)<br>ELECTION SYSTEMS & SOFTWARE, )<br>INC.; and DATACARD CORPORATION, )<br>)<br>Defendants. )<br>_____ ) | ORDER |

**THIS MATTER** is before the court on the joint Motion for a Status Conference. Such request will be allowed and such conference will be held in chambers and off-the-record on Thursday, October 4, 2012, at 2 p.m., in Asheville. Counsel are advised that based on what is before the court at this time, this matter remains on for trial beginning December 3, 2012. In addition to pending motions, counsel should come prepared to discuss efforts have been made at amicable resolution of this matter; however, the court has tried to verdict two intellectual property disputes in the last year and stands ready to try this matter in December.

## ORDER

**IT IS, THEREFORE, ORDERED** that the joint Motion for a Status Conference (#122) is **ALLOWED**, and such conference will be held in chambers and off-the-record on Thursday, October 4, 2012, at 2 p.m., in Asheville.

Signed: September 30, 2012

Max O. Cogburn Jr.
United States District Judge

-1-