IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cv190

| | |
|---|---|
| DECISION SUPPORT, LLC; and<br>DAVID WATSON,<br><br>    Plaintiffs,<br><br>Vs.<br><br>ELECTION SYSTEMS & SOFTWARE,<br>INC.; and DATACARD CORPORATION,<br><br>    Defendants. | ORDER |

**THIS MATTER** is before the court after conducting a Status Conference. Having considered the need for additional time, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that plaintiffs have until October 16, 2012, to file their revised memorandum in support, and defendants have until October 23, 2012, to file their response to the Amended Motion to Amend (#121). The original Motion to Amend (#80) is **DENIED** without prejudice as moot. Trial is **CONTINUED** from the December 3, 2012, term and is peremptorily set for trial commencing February 4, 2013.

Signed: October 16, 2012

Max O. Cogburn Jr.
United States District Judge