IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DECISION SUPPORT, LLC, and )
DAVID WATSON, )
       )
      Plaintiffs, )
       )
v. )     Civil Action No. 3:10cv190-MOC-DSC
       )
ELECTION SYSTEMS & )
SOFTWARE, INC., and DATACARD )
CORPORATION, )
       )
      Defendants. )

## ORDER

     **THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [of Erin Kathryn Overom Dungan]" (document #150) filed October 18, 2012.  For the reasons set forth therein, the Motion will be <u>granted</u>.

     The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Max O. Cogburn, Jr.</u>

     **SO ORDERED**.         Signed: October 18, 2012

_____
David S. Cayer
United States Magistrate Judge