IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cv190

| | | |
|---|---|---|
| DECISION SUPPORT, LLC; and DAVID WATSON, | ) ) ) | |
| Plaintiffs, | ) ) | |
| Vs. | ) ) | ORDER |
| ELECTION SYSTEMS & SOFTWARE, INC.; and DATACARD CORPORATION, | ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the court upon review of the Rule 41 Stipulations of Dismissal. It appearing from representations made by the parties that the amicable settlement envisions the court withdrawing its *Markman* Order, and it appearing that withdrawal of such Order is in furtherance of the public interest in the just and expeditious resolution of this matter, Fed.R.Civ.P. 1, the court will withdraw its *Markman* Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the *Markman* Order (#57) is withdrawn.

Signed: January 23, 2013

Max O. Cogburn Jr.
United States District Judge

-1-